Mary Schultz (State Bar No. 231962)
MSchultz@MSchultz.com
MARY SCHULTZ LAW, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel:   (509) 245-3522
Fax:   (509) 245-3308

**Attorney for Defendant/Counterclaimant**
James Barrett

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENTURE CORPORATION LTD** and **VENTURE DESIGN SERVICES, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES P. BARRETT,**<br><br>Defendant.<br><br>**And Related Counterclaim.** | Case No.  CV-13-03384-PSG (ADR)<br><br>**DEFENDANT'S UPDATED PRETRIAL STATEMENT AND TRIAL BRIEF CLAIMS FOR RELIEF**<br><br>Trial Date:      May 26, 2015<br>Time:            9:30 a.m.<br>Pretrial Conf.: May 5, 2015<br>Time:            1:30 p.m.<br>Place:           Courtroom 5 - 4th Floor<br>Judge:           Hon. Paul Singh Grewal |

Defendant/Counterclaimant James Barrett provides this amended claims statement as to one aspect of relief previously stated following the court's ruling on Barrett's motion for default, and agreed jury instructions and claims:

1) In regards to the parties' Joint Pretrial Statement filed April 23, 2015 *(Doc. 152)*, regarding "THE RELIEF THAT BARRETT SEEKS," p. 15: 6-7:  Barrett is not seeking attorney fees and costs under the 2003 VDSI Invention Agreement, *see, e.g.*, Barrett's counterclaims and Defenses at pp. 4-5 (not stating any claim for such); and Barrett's Second Amended Answers and Counterclaim *(Doc. 38)* at § VIII, which does not plead fees under

DEFENDANT'S UPDATED CLAIMS- Page 1 of 3
Case no. CV 13-03384 PSG (ADR)

MARY
SCHULTZ
LAW, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308

that invention agreement.  Barrett is not asserting entitlement to attorney fees under the 2003 VDSI Invention Agreement because, per his stated claims, he is not enforcing that 2003 contract, but is enforcing the actual transfer documents agreed to by all parties—the 2008, 2011, and 2012 written contracts with Venture Corporation Ltd.  The latter were agreed to by all parties as the determinative transfer documents, and filed by the Ventures with the USPTO as the determinative documents confirming the means of assignment.  None of the transfer contracts include any attorney fee provision.

        2)     In regard to Defendant/Counterclaimant's trial brief *(Doc. 165)*, the same amendment applies to the section on attorney fees at p. 26, § IX.  Barrett amends by reiterating para.1.  By contract in 2008, 2010 and 2011, all parties agreed that no fee provision would operate in favor of either side as to the assignments completed. That section is withdrawn.

        **DATED** this 4th day of May, 2015.

        **MARY SCHULTZ LAW, P.S.**

/s/**Mary Schultz**
CSB # 231962
Attorney for Defendant/Counterclaimant
**Mary Schultz Law, P.S.**
2111 E. Red Barn Lane, Spangle, WA 99031
Tel: (509) 245-3522/Fax: (509) 245-3308
E-mail:  MSchultz@MSchultz.com



Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of **May, 2015**, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California, using the CM/ECF System, which will thereby serve and send notification of such filing to all registered attorneys in the above action.

**DATED** this 4th day of **May, 2015**.

**MARY SCHULTZ**

**/s/Mary Schultz**
Attorney for Defendant/Counterclaimant, CSB 231962
2111 E. Red Barn Lane, Spangle, WA 99031
Tel: (509) 245-3522/Fax: (509) 245-3308
E-mail: MSchultz@MSchultz.com



Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308