Mary Schultz (State Bar No. 231962)
MSchultz@MSchultz.com
MARY SCHULTZ LAW, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel:   (509) 245-3522
Fax:   (509) 245-3308

**Attorney for Defendant/Counterclaimant**
James Barrett

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENTURE CORPORATION LTD** and **VENTURE DESIGN SERVICES, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES P. BARRETT,**<br><br>**Defendant.**<br><br>**And Related Counterclaim.** | Case No. CV-13-03384-PSG (ADR)<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT'S REQUEST FOR TRIAL EQUIPMENT AND COURTROOM NEEDS**<br><br>Trial Date:   May 26, 2015<br>Time:        9:30 a.m.<br>Place:       Courtroom 5 – 4th Floor<br><br>The Honorable Paul Singh Grewal |

## BASIS

Defendant/Counterclaimant James Barrett has submitted a request for the proposed list of trial and electronic equipment to be used in trial commencing on May 26, 2015.

If not available through the Court, Defendant intends to provide for trial:

- An easel (or two) sufficient to hold a 5 X 8 poster board;

- A paper-holding easel, that is, an easel that has a paper packet of 3 X 3

ORDER GRANTING REQUEST FOR COURTROOM EQUIPMENT AND TRIAL NEEDS- 3
Case no. CV 13-03384 PSG (ADR)

MARY SCHULTZ LAW, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308

paper on it that I can use for writing illustrative points on during trial with a large marker pen, and then flipping that page for a clean sheet.

<u>Defendant will also use</u>:

- Two laptops;
- A Hitachi projector (3200 lumens);
- A backup Epson projector (2600 lumens);
- A document camera (QOMO);
- Cords connections for all such items, which will necessitate a three prong electrical outlet for a combined power bar;
- A portable 80" video screen and a smaller tabletop screen version (50") as necessary; and,
- Setup tables for various electronics—these are tripods and can fit nearly anywhere.

Defendant understands that the courtroom does not include an audio projection plug and play, and will thus likely also be bringing an audio box for sound.

## ORDER

Having considered the request submitted, the Court finds good cause and GRANTS Defendant/Counterclaimant Barrett's request to provide, and utilize in trial, the equipment listed above.

**IT IS SO ORDERED**.

ORDER GRANTING REQUEST FOR COURTROOM EQUIPMENT AND TRIAL NEEDS- 4
Case no. CV 13-03384 PSG (ADR)

*Mary Schultz Law, P.S.*
2111 E. Red Barn Lane
Spangle, WA 99031
Phone: 509.245.3522 • Fax: 509.245.3308

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | DATED: ___May 14___, 2015. |
| 4   |     |
| 5   | _____ |
| 6   | PAUL SINGH GREWAL<br>UNITED STATES MAGISTRATE JUDGE |
| 7   |     |

*Presented by:*

**MARY SCHULTZ LAW, P.S.,**

**/s/MARY SCHULTZ**
_____
Attorney for Defendant/Counterclaimant, CSB 231962
2111 E. Red Barn Lane, Spangle, WA 99031
E-mail: MSchultz@MSchultz.com
Tel: (509) 245-3522 /Fax: (509) 245-3308

ORDER GRANTING REQUEST FOR COURTROOM EQUIPMENT AND TRIAL NEEDS- 5
Case no. CV 13-03384 PSG (ADR)