1  David S. Elkins (State Bar # 148077)
   david.elkins@squirepb.com
2  Joseph P. Grasser (State Bar # 255156)
3  Rafael Langer-Osuna (State Bar # 300948)
   SQUIRE PATTON BOGGS (US) LLP
4  600 Hansen Way
   Palo Alto, California  94304
5  Telephone:    +1 650 856 6500

6  Sarah K. Rathke (admitted *pro hac vice*)
7  sarah.rathke@squirepb.com
   SQUIRE PATTON BOGGS (US) LLP
8  4900 Key Tower, 127 Public Square
   Cleveland, Ohio  44114
9  Telephone:    +1 216 479 8500

10 Attorneys for Plaintiffs and Counterclaim
11 Defendants VENTURE CORPORATION LTD and
   VENTURE DESIGN SERVICES, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16

17 | VENTURE CORPORATION LTD and          | Case No. CV 13-03384 PSG (ADR)
18 | VENTURE DESIGN SERVICES, INC.,       |
   |                                      | **[PROPOSED] ORDER GRANTING
19 |             Plaintiffs,              | VENTURE CORPORATION LTD'S AND
   |                                      | VENTURE DESIGN SERVICES, INC.'S
20 |      v.                              | REQUEST FOR USE OF EQUIPMENT
   |                                      | FOR TRIAL**
21 | JAMES P. BARRETT,                    |
   |                                      | Trial:   May 26, 2015
22 |             Defendant.               | Time:    9:30 a.m.
   |                                      | Place:   Courtroom 5 - 4th Floor
23 |                                      | Judge:   Hon. Paul Singh Grewal
24 | And Related Counterclaim             |

(PROPOSED is struck through)

**[~~PROPOSED~~] ORDER**

Plaintiffs and Counterclaim Defendants VENTURE CORPORATION LTD and VENTURE DESIGN SERVICES, INC. ("Venture") have requested the use of the below list of trial and electronic equipment in a trial commencing on May 26, 2015. If not available through the Court, Venture intends to provide for trial:

- Projector
- Elmo
- Matrix Switch[1]
- 2 Dell Laptops
- 1 17 inch monitor
- VGA cables : 5 25 ft cables (1 for the projector, 1 for the Elmo, 1 for the Laptop, 2 extra for the matrix)
- Extension cords
- 2 surge protectors

Having considered the request, the Court finds good cause and GRANTS Venture's request to bring the equipment listed above into the courtroom and to use it during trial.

**IT IS SO ORDERED.**

Dated: __5/18/2015__

Paul Singh Grewal
United States Magistrate Judge

---

[1] Venture has made arrangements to share use of the first three items with Barrett's counsel.