UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VENTURE CORPORATION LTD., et al., | ) | Case No. 5:13-cv-03384-PSG |
| | ) | |
| Plaintiffs and Counterdefendants, | ) | **[PROPOSED] VERDICT FORM** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. BARRETT, | ) | |
| | ) | |
| Defendant and Counterclaimant. | ) | |
| | ) | |

*United States District Court*
*For the Northern District of California*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

      **Please follow the directions below in completing this Special Verdict Form.   Your answer to each question must be unanimous.**   Some of the questions contain legal terms that have been defined and explained in detail in the Jury Instructions.   Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

\*   \*   \*

## SPECIAL VERDICT FORM

      We the jury, upon our oath, give the following answers to the court's questions:

2

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

I.      **APPLICABILITY OF THE 2003 VDSI EMPLOYEE INVENTIONS AGREEMENT**

(1)      Do you find it more likely true than not that James P. Barrett developed in whole or in part, on the time of Venture Design Services, Inc. ("VDSI"), or using any of VDSI's equipment, supplies or facilities, the inventions that became known as the following?

|  | Yes | No |
|---|---|---|
| MineTracer |  |  |
| Gas Scrubber |  |  |
| Gas Monitor |  |  |

**If you answered "Yes" to this question for each invention, please skip to Question No. 4.  If you answered "No" for any of the inventions, please proceed to the next question and answer for each such invention.**

(2)      Do you find it more likely true than not that, at the time of conception or reduction to practice, the inventions that became known as the following were related to VDSI's business, or the actual or demonstrably anticipated research or development of VDSI?

|  | Yes | No |
|---|---|---|
| MineTracer |  |  |
| Gas Scrubber |  |  |
| Gas Monitor |  |  |

**If you answered "Yes" to this Question, please skip to Question No. 4.  If you answered "No" for any of the inventions, please proceed to the next question and answer for each such invention.**

United States District Court
For the Northern District of California

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

(3)    Do you find it more likely true than not that the inventions that became known as the following resulted from work that Mr. Barrett performed for VDSI?

|  | Yes | No |
|---|---|---|
| MineTracer |  |  |
| Gas Scrubber |  |  |
| Gas Monitor |  |  |

**If you answered "No" to this question for each invention please skip to Question No. 5.  If you answered "Yes" to this question for any of the inventions, please proceed to the next question and answer for each such invention.**

(4)    Do you find by clear and convincing evidence that VDSI forfeited its right to ownership of any of the following inventions under the 2003 VDSI employee inventions agreement?

|  | Yes | No |
|---|---|---|
| MineTracer |  |  |
| Gas Scrubber |  |  |
| Gas Monitor |  |  |

**Please proceed to the next question.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

United States District Court
For the Northern District of California

## II.   EXISTENCE AND REPUDIATION OF JOINT VENTURE

(5)      Do you find it more likely true than not that Mr. Barrett and Venture Corporation Ltd ("VCL") entered into a joint venture as a separate business undertaking, outside of Mr. Barrett's employment by VDSI?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed the next question.  If your answer is "No," please skip to Question No. 13.**

(6)      Do you find it more likely true than not that VCL breached the joint venture with Mr. Barrett by asserting an ownership interest in the MineTracer, Gas Scrubber and Gas Monitor inventions without respect to any joint venture agreement?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed the next question.  If your answer is "No," please skip to Question No. 9.**

(7)      Do you find it more likely true than not that Mr. Barrett was harmed by that breach?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed the next question.  If your answer is "No," please skip to Question No. 9.**

(8)      Do you find it more likely true than not that, before September 13, 2011, Mr. Barrett knew or should have been aware of facts that made it reasonably foreseeable to him that VCL intended to assert an ownership interest in the inventions without respect to any joint venture agreement?

Yes _____

No  _____

**Please proceed the next question.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

### III.   <u>BREACH OF FIDUCIARY DUTY</u>

(9)      Do you find it more likely true than not that VCL breached its fiduciary duty to Mr. Barrett in repudiating the joint venture?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed the next question.  If your answer is "No," please skip to Question No. 13.**

(10)     Do you find it more likely true than not that Mr. Barrett was harmed by this breach?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed the next question.  If your answer is "No," please skip to Question No. 13.**

(11)     Do you find it more likely true than not that VCL's breach was a substantial factor in causing Mr. Barrett's harm?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed the next question.  If your answer is "No," please skip to Question No. 13.**

(12)     Do you find it more likely true than not that Mr. Barrett knew or should have known of his harm before September 13, 2009?

Yes _____

No  _____

**Please proceed the next question.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

United States District Court
For the Northern District of California

#### IV.    BREACH OF THE DECEMBER 17, 2008 AGREEMENT

(13)    Do you find it more likely true than not that VCL breached the December 17, 2008 "Individual to Corporate Patent Rights Assignment Agreement" regarding the patent application for the MineTracer invention?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to Question No. 16.**

(14)    Do you find it more likely true than not that Mr. Barrett was harmed by that breach?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to Question No. 16.**

(15)    Do you find it more likely true than not that Mr. Barrett knew or should have known of his harm before September 13, 2009?

Yes _____

No  _____

**Please proceed to the next question.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

## V.    BREACH OF THE JULY 26, 2011 AGREEMENT

(16)    Do you find it more likely true than not that VCL breached the July 26, 2011 "Individual to Corporate Patent Rights Assignment Agreement" regarding the patent application for the Gas Scrubber invention?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to Question No. 18.**

(17)    Do you find it more likely true than not that Mr. Barrett was harmed by this breach?

Yes _____

No  _____

**Please proceed to the next question.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

**VI.   BREACH OF THE DECEMBER 18, 2012 AGREEMENT**

(18)   Do you find it more likely true than not that VCL breached the December 18, 2012 "Individual-to-Corporate Patent Rights Assignment Agreement" regarding the patent application for the Gas Monitor invention?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to Question No. 20.**

(19)   Do you find it more likely true than not that Mr. Barrett was harmed by this breach?

Yes _____

No  _____

**Please proceed to the next question.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

*United States District Court*
*For the Northern District of California*

## VII.    <u>FRAUD</u>

(20)    Do you find it more likely true than not that VCL acquired the MineTracer, Gas Scrubber and Gas Monitor inventions by fraud?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to the Concluding Questions.**

(21)    Do you find it more likely true than not that Mr. Barrett was harmed as a result of this acquisition?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to the Concluding Questions.**

(22)    Do you find it more likely true than not that VCL's conduct was a substantial factor in causing his harm?

Yes _____

No  _____

**If your answer is "Yes" to this question, please proceed to the next question.  If your answer is "No," please skip to the Concluding Questions.**

(23)    Do you find it more likely true than not that Mr. Barrett knew or should have known of his harm before September 13, 2010?

Yes _____

No  _____

**If your answer is "Yes" to this question, please skip to the Concluding Questions.  If your answer is "No," please answer Question No. 24.**

(24)    Do you find by clear and convincing evidence that VCL committed fraud by engaging in fraud justifying punitive damages?

10

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

Yes _____

No _____

**Please proceed to the Concluding Questions.**

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM

## CONCLUDING QUESTIONS:  DAMAGES

If you answered "No" to Question Nos. 8, 12, 15, 17, 19 or 23, please state the amount of damages to be awarded to Mr. Barrett to compensate for the amount of harm suffered: $_____.

If you answered "Yes" in response to Question No. 24, please state the amount of punitive damages to be awarded to Mr. Barrett: $_____.

SIGNATURE PAGE FOLLOWS

I state under penalty of perjury that the answers above represent the unanimous decision of the jury in this action.

Dated: _____

_____
**Presiding Juror signature**

_____
**Presiding Juror name (please print)**

After this verdict form has been signed, please notify the clerk that you are ready to present your verdict in the courtroom.

SO ORDERED.

Dated:  June 4, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

12

Case No. 5:13-cv-03384-PSG
[PROPOSED] VERDICT FORM