UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURE CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>JAMES P. BARRETT,<br><br>            Defendant. | Case No. 5:13-cv-03384-PSG<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>**(Re:  Docket No. 303)** |

The court has considered Defendant James P. Barrett's motion to shorten time on his motion to stay.[1]  Barrett's motion is GRANTED as follows:

1. Plaintiffs shall file any opposition to the motion to stay[2] by February 24, 2016.

2. Barrett shall file any reply by March 1, 2016.

3. The motion shall be heard on March 8, 2016, at 10:00 a.m.

**SO ORDERED.**

Dated: February 17, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 303.

[2] *See* Docket No. 302.

Case No. 5:13-cv-03384-PSG
ORDER GRANTING MOTION TO SHORTEN TIME

1

United States District Court
Northern District of California