David S. Elkins (State Bar No. 148077)
David.Elkins@squiresanders.com
Joseph P. Grasser (State Bar No. 255156)
Joseph.Grasser@squiresanders.com
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304
Telephone:   650.856.6500
Facsimile:    650.843.8777

Attorneys for Plaintiffs and Counterclaim Defendants
VENTURE CORPORATION LTD and
VENTURE DESIGN SERVICES, INC.

Mary Schultz (State Bar No. 231962)
Mary@mschultz.com
MARY SCHULTZ LAW, P.S.
111 E. Red Barn Lane
Spangle, WA 99031
Telephone:    (509) 245-3522
Facsimile:     (509) 245-3308

Attorney for Defendant and Counterclaimant
JAMES BARRETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VENTURE CORPORATION LTD and VENTURE DESIGN SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES P. BARRETT,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 13-03384 HRL (ADR)<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE**<br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs and counterclaim defendants Venture Corporation Limited and Venture Design Services, Inc. (collectively "Venture") on the one hand, and defendant and counterclaimant James P. Barrett ("Barrett") on the other, by and through their counsel of record, stipulate to

1.   The vacatur of any and all orders or judgments of fees and/or costs in this action in consideration for the parties' negotiated settlement, in light of which each party shall bear its own attorney's fees and costs except as they may have privately agreed;

2.   Accord estoppel effect by this agreement enforceable against any challenge to the agreed vacatur, and the entitlement of either party to obtain the immediate relief of an order of vacatur, in the event of breach of this stipulation; and

3.   Dismiss this action in its entirety with prejudice, with immediate effect.

IT IS SO STIPULATED.

Dated:  September 26, 2018         SQUIRE PATTON BOGGS (US) LLP

By: /s/ *David S. Elkins*
David S. Elkins

Attorneys for Plaintiffs and Counterclaim Defendants
VENTURE CORPORATION LTD and
VENTURE DESIGN SERVICES, INC.

Dated:  September 26, 2018         MARY SCHULTZ LAW, P.S.,

By: /s/ *Mary Schultz*
Mary Schultz

Attorney for Defendant and Counterclaimant
JAMES P. BARRETT

**ATTESTATION STATEMENT**

I, David S. Elkins, am the ECF User whose identification and password are being used to file this Stipulation Dismissing Action With Prejudice.  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

Dated:  September 26, 2018         */s/ David S. Elkins*
David S. Elkins

010-8677-1741/2/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304